# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2128 Disciplinary Docket No. 3 |
| | : | |
| DAVID THOMAS MAY | : | Board File No. C2-15-18 |
| | : | |
| | : | (Supreme Court of Delaware, No. 651, |
| | : | 2014) |
| | : | |
| | : | Attorney Registration No. 208549 |
| | : | (Chester County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 19th day of March, 2015, David Thomas May having been transferred to disability inactive status in the State of Delaware by Order of the Supreme Court of Delaware dated December 4, 2014; the said David Thomas May having been directed on February 4, 2015, to inform this Court of any claim he has that the imposition of disability inactive status in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that David Thomas May is immediately transferred to disability inactive status pursuant to Rule 216, Pa.R.D.E., for an indefinite period and until further Order of the Court, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.